Case 1:18-cv-20708-FAM Document 1-2 Entered on FLSD Docket 02/23/2018 Page 1 of 4

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

EVELYN PALAVICINI,                               CASE NO.:

       Plaintiff,

vs.

WAL-MART STORES, INC.,
d/b/a WAL-MART STORE #2091,

       Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, EVELYN PALAVICINI (hereinafter "PALAVICINI"), by and through her undersigned attorney, hereby sues Defendant, WAL-MART STORES, INC., d/b/a WAL-MART STORE #2091 (hereinafter "WAL-MART") and in support thereof alleges as follows:

1. That this is an action in excess of the Jurisdictional limits of this Court, to wit: Fifteen Thousand Dollars ($15,000.00), exclusive of costs.

2. That at all times material hereto, Plaintiff, PALAVICINI, was a resident of Miami-Dade County, Florida and is *sui juris.*

3. That at all times material hereto, Defendant, WAL-MART, was a foreign profit corporation conducting business in Miami-Dade County, Florida, and doing such at the following location: 8651 NW 13th Terrace, Doral, FL 33126 (hereinafter "subject premises").

4.      Venue is proper in Miami-Dade County, Florida because the incident upon which this Complaint is based occurred in Miami-Dade County, Florida.

5.      That at all times material hereto Defendant, WAL-MART, owned, occupied, and/or controlled the subject premises.

6.      That at all times material hereto, Defendant, WAL-MART, had control of maintenance and repair of the subject premises.

7.       That at all times material hereto, Plaintiff, PALAVICINI, was a lawful invitee of the subject premises.

8.      On August 14, 2014, Plaintiff, PALAVICINI, sustained severe personal injury when she slipped and fell on some liquid on the floor of the aisle near the gardening section of the subject premises.

### COUNT I
**(Negligence-Premises Liabilities)**

Plaintiff, PALAVICINI, re-alleges paragraphs 1 through 8 and further alleges:

9.      That Defendant, WAL-MART, owed a duty of care to Plaintiff, PALAVICINI, to maintain its property in a reasonably safe condition; and to warn of any dangerous conditions on said property which Defendant, WAL-MART, knew of, or should have known of.

10.   That at all times material hereto, Defendant, WAL-MART, breached its duty owed to Plaintiff, PALAVICINI, by negligently maintaining its premises in one or more of the following ways:

a.   Failed to make the dangerous and hazardous condition safe.

b.   Failed to warn of the dangerous and hazardous condition that Defendant, knew, or

in the alternative, should have known about.

c.  Failed to make reasonable inspections.

d.  Ignored a dangerous and hazardous condition they knew or should have known about.

e.  Failed to properly monitor, supervise and oversee operations of the subject premises.

f.  Failed to instruct and warn its invitees of the dangerous and hazardous condition on its premises by failing, among other things, to place a safety cone on its property in the area where Plaintiff, PALAVICINI, slipped and fell.

g.  Failed to secure the subject area to prevent injury.

h.  Defendant, WAL-MART, was otherwise negligent at the time and place complained of.

14.  As a direct and proximate result of the Defendant's, WAL-MART's, negligence, as hereinabove alleged, Plaintiff, PALAVICINI, fell which caused her to suffer bodily injury resulting in pain and suffering including: disability; disfigurement; mental anguish; loss of capacity for the enjoyment of life; the hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and aggravation of a previously existing condition. These losses are either permanent or continuing in nature, and Plaintiff, BISSOON, will suffer such losses in the future.

WHEREFORE, Plaintiff, PALAVICINI, respectfully demands Judgment for damages against Defendant, WAL-MART, in excess of Fifteen Thousand Dollars

($15,000.00), together with statutory interest, pre-judgment interest, attorney's fees, costs, and further demands trial by jury on all issues so triable as a matter of right.

LAW OFFICE OF SABAN & SOLOMON
150 N. University Dr., Suite 200
Plantation, Florida 33324
P: (954) 577-2878
F: (954) 577-2215

_____/s/ Robert Solomon_____
ROBERT C. SOLOMON, ESQ.
Fla. Bar No. 27054