UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-20708-CIV-MORENO

EVELYN PALAVICINI,

        Plaintiff,

vs.

WAL-MART STORES EAST, LP,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION AND DENYING MOTION TO STRIKE AFFIDAVIT OF JOHN PROVENZANO

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Strike Affidavit of John Provenzano for Use in Support of Plaintiff's Response in opposition to Defendant's Motion for Summary Judgment, filed on **July 13, 2018**. The Magistrate Judge filed a Report and Recommendation (**D.E. 108**) on **August 20, 2018**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Strike Affidavit of John Provenzano for Use in Support of Plaintiff's Response in opposition to Defendant's Motion for Summary Judgment is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of September 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record