UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20708-CIV-MORENO

EVELYN PALAVICINI,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on September 25, 2018, judgment is entered in favor of the Defendant Wal-Mart Stores East, LP and against Plaintiff Evelyn Palavicini.

DONE AND ORDERED in Chambers at Miami, Florida, this __26__ of September 2018.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record